IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:12-CV-62-FL

| | |
|---|---|
| LARRY SESSOMS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )      ORDER<br>) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge William A. Webb, regarding the parties' cross-motions for judgment on the pleadings. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's motion is GRANTED, defendant's motion is DENIED, and this matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings in accordance with the analysis in the M&R, incorporated herein. The clerk of court is directed to close the case.

SO ORDERED this the 26th day of November, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge