UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| LARRY SESSOMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:12-CV-62-FL |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 26, 2013, and for the reasons set forth more specifically within the memorandum and recommendation, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. This matter is remanded to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the court's memorandum and recommendation and order.

**This Judgment Filed and Entered on November 26, 2013, and Copies To:**

Kathleen S. Glancy  (via CM/ECF Notice of Electronic Filing)
Lisa M . Rayo (via CM/ECF Notice of Electronic Filing)


November 26, 2013                    JULIE A. RICHARDS, CLERK
                                       /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk