IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:12-CV-62-FL

| | | |
|---|---|---|
| LARRY SESSOMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING ATTORNEY FEES |
| | ) | AND COSTS UNDER THE EQUAL |
| CAROLYN W. COLVIN, | ) | ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff the sum of $4,109.84 in attorney fees and $71.00 in costs in full satisfaction of any claim for fees, costs, and other expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Kathleen Shannon Glancy, P.A., and mailed to her office at 114 South Front Street, Wilmington, North Carolina 28401, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney fees under the EAJA.

SO ORDERED this 6th day of March 2014.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE